UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 SEP 17 P 3: 53

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| STACEY SHEFTON; | ) Criminal Case No. CR105-84 |
| MICHAEL D. DUNN; and | ) Criminal Case No. CR105-121 |
| WILLIE J. ANDERSON, JR. | ) |
| AND WILLIE J. ANDERSON | ) |

## ORDER

Before the Court is the United States' Motion to Lift Restraining Order issued on July 13, 2005.

IT IS HEREBY ORDERED AND ADJUDGED that all assets are released from the Court's July 13, 2005 Ex-Parte Restraining Order.

SO ORDERED this 17TH day of September, 2008.

Hon. Dudley H. Bowen, Jr., Judge
U.S. District Court
Southern District of Georgia